UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
DANIELLE CARTER MOREHEAD                                  CASE NO. 20-10753
2 CRITE CT                                                JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27405

      DEBTOR

SSN(1) XXX-XX-9121                                        DATE:  04/22/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $10,563.00<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 1005<br>COMMENT: |
| BANK OF AMERICA<br>4060 OGLETOWN STANTON RD<br>NEWARK, DE  19713 | $0.00<br>INT:  .00%<br>NAME ID: 55800<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXX<br>COMMENT: |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $2,051.38<br>INT:  .00%<br>NAME ID: 182227<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 6497<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $5,379.22<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 9817<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FED LOAN SERVICING<br>P O BOX 60610<br>HARRISBURG, PA  17106 | $0.00<br>INT:  .00%<br>NAME ID: 146747<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 38570<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3564<br>COMMENT:  CONE HEALTH |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0018 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| HEALTHCARE RECEIVABLES<br>318 NANCY LYNN LN STE 21<br>KNOXVILLE, TN  37919 | $0.00<br>INT: .00%<br>NAME ID: 145996<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT: XX11<br>COMMENT: | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9121<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $212.18<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 9121<br>COMMENT: OC | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $21.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 9121<br>COMMENT: | |
| SHERATON FLEX VACATIONS LLC<br>P O BOX 8038<br>LAKELAND, FL  33802 | $0.00<br>INT: .00%<br>NAME ID: 183919<br>CLAIM #: 0006 | | (S) SECURED<br>SURRENDERED<br>ACCT: 9121<br>COMMENT: OC,TIMESHARE,REL | |
| SUNTRUST BANK NOW TRUIST BANK<br>ATTN SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | $18,742.83<br>INT: 5.25%<br>NAME ID: 180609<br>CLAIM #: 0005 | | (V) VEHICLE-SECURED<br><br>ACCT: 5094<br>COMMENT: 17TOYO | |
| SYNCB/PPC<br>P O BOX 965005<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 183169<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: XXX<br>COMMENT: | |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,206.80<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 8992<br>COMMENT: | |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $0.00<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0004 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 5316<br>COMMENT: DT RERP,DIR | |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $0.00<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0017 | | (R) ARREARAGE-SECURED<br>DIRECT PAY<br>ACCT: 5316<br>COMMENT: ARR,DIR | |
| **TOTAL:** | **$38,228.41** | | | |

PAGE 3 - CHAPTER 13 CASE NO. 20-10753

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

 The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

 Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

   Clerk, U.S. Bankruptcy Court
   101 S. Edgeworth Street
   P.O. Box 26100
   Greensboro, NC  27420-6100

 If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/22/2021           OFFICE OF THE CHAPTER 13 TRUSTEE

                 By: /s/  Gayle McFarland
                   Clerk
                   Chapter 13 Office
                   500 W FRIENDLY AVE STE 200
                   P O BOX 1720
                   GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice